No. 90.  WOLIN ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Armistead L. Boothe, Thurman Arnold* and *Milton V. Freeman* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 91.  WILLIAMS *v.* ROBBINS, ADMINISTRATOR, RECONSTRUCTION FINANCE CORPORATION.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Keith L. Seegmiller* and *Irving Wilner* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondent.

No. 92.  SCHMIDT *v.* CROWELL-COLLIER PUBLISHING Co. ET AL.  C. A. 7th Cir.  Certiorari denied.  *Jay E. Darlington* for petitioner.  *Thomas L. Marshall* for the Crowell-Collier Publishing Co., respondent.

No. 93.  SCHMIDT *v.* READER'S DIGEST ASSOCIATION, INC.  C. A. 7th Cir.  Certiorari denied.  *Jay E. Darlington* for petitioner.  *Thomas L. Marshall* for respondent.

No. 94.  SCHMIDT *v.* ESQUIRE, INC.  C. A. 7th Cir.  Certiorari denied.  *Jay E. Darlington* for petitioner.  *Le Roy Russell Krein* for respondent.

No. 95.  BLACK, ADMINISTRATRIX, *v.* LOCKHART, COLLECTOR OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.  *William C. Wines* for petitioner.  *Solicitor*